STATE of Missouri, Respondent,

v.

Keith SCOTT, Appellant.

No. 63728.

Missouri Court of Appeals,
Eastern District,
Division One.

April 12, 1994.

John A. Klosterman, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Asst. Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Defendant appeals his conviction for possession of a controlled substance. Finding no error, we affirm. Further, we find no jurisprudential purpose would be served by a written opinion. A memorandum has been provided to the parties for their use only.

Judgment and sentence affirmed pursuant to Rule 30.25(b).

Roberta COVINGTON n/k/a
Thomas, Appellant,

v.

Wilfred COVINGTON, Respondent.

No. 64010.

Missouri Court of Appeals,
Eastern District,
Division One.

April 12, 1994.

Nathan S. Cohen, St. Louis, for appellant.

Bruce Eastman, Florissant, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Mother appeals the trial court's order granting Father's motion to recover overpaid child support and denying her motion for reimbursement of necessaries. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. Rule 84.16(b)(1). Further, no error of law appears. Rule 84.16(b)(5).

An opinion would have no precedential value. Therefore, we affirm by written order. A memorandum for the parties' use only has been prepared. Rule 84.16(b).